IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEO MOSLEY,**

    **Plaintiff,**

vs.                                     **Case No. 4:06cv571-RH/WCS**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendants.**

    _____/

## REPORT AND RECOMMENDATION

Defendant has filed a motion for entry of final judgment in favor of Plaintiff. Doc. 32. Plaintiff was awarded benefits on remand. *Id.* Entry of judgment is needed to start the 30 day period for filing a motion for attorney's fees. The motion should be granted.

Accordingly, it is **RECOMMENDED** that Defendant's motion for entry of final judgment, doc. 32, be **GRANTED** and the Clerk be directed to enter judgment in favor of Plaintiff.

**IN CHAMBERS** at Tallahassee, Florida, on May 1, 2008.

                                                **s/   William C. Sherrill, Jr.**
                                                **WILLIAM C. SHERRILL, JR.**
                                                **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:06cv571-RH/WCS