# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

LEO MOSLEY,

    Plaintiff,

v.        CASE NO. 4:06cv571-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER FOR ENTRY OF JUDGMENT

This matter is before the court on the magistrate judge's report and recommendation (document 34), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The defendant's motion for entry of judgment (document 32) is GRANTED. The clerk must enter judgment stating, "The plaintiff Leo Mosley is awarded benefits as determined by the Administrative Law Judge in the decision filed in this action on April 30, 2008." The clerk must close the file.

*Page 2 of 2*

SO ORDERED on June 10, 2008.

<u>s/Robert L. Hinkle</u>
Chief United States District Judge
